

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2015

No. 04-15-00109-CR

Valentino "Tino" **MUNOZ**,
Appellant/s

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14-299
Honorable Rex Emerson, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to February 26, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Scott Monroe                                 M. Patrick Maguire
        District Attorney - 198th Judicial District     M. Patrick Maguire, P.C.
        402 Clearwater Paseo                    945 Barnett Street
        Suite 500                                 Kerrville, TX 78028
        Kerrville, TX 78028